VIOLET E. H. HESS, Respondent, *v.* NATHANIEL J. HESS, Appellant.

Argued October 12, 1937; decided November 16, 1937.

*Howard Myers* and *Saul S. Myers* for appellant.

*Sol A. Rosenblatt, William B. Jaffe* and *Julian B. Rosenthal* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.